

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE | § | No. 08-25-00182-CR |
| MICHAEL RODRIGUEZ, | § | Appeal from the |
| Appellant. | § | 226th District Court |
|  | § | of Bexar County, Texas |
|  | § | (TC# 2022CR2561) |
|  | § |  |
|  | § |  |

**M E M O R A N D U M   O P I N I O N**

Appellant Michael Rodriguez filed an Article 11.07 application for writ of habeas corpus in this Court, which we construed as a notice of appeal. We immediately notified Rodriguez by letter of our concern that we lack jurisdiction over his appeal and warned Rodriguez that the appeal would be dismissed unless he responded and showed grounds for our jurisdiction.

Specifically, we notified Rodriguez that this Court generally has jurisdiction to consider an appeal in a criminal case only from a judgment of conviction. *See* Tex. Code Crim. Proc. Ann. art. 44.02. Article 11.07 of the Texas Code of Criminal Procedure is the exclusive means for challenging a final felony conviction, and this Court has no jurisdiction over matters relating to postconviction applications under Article 11.07. *See* Tex. Code Crim. Proc. Ann. art. 11.07.

Rodriguez timely responded, stating that his application was filed in this Court in error. Because we lack jurisdiction over postconviction applications under Article 11.07, we dismiss this appeal for want of jurisdiction.

MARIA SALAS MENDOZA, Chief Justice

July 30, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)